

Cory M. Gray
Tel 973.360.7900
grayc@gtlaw.com

June 19, 2018

**VIA E-FILE**

Hon. Stanley R. Chesler, U.S.D.J.
Frank Lautenberg United States
   Post Office & Courthouse
Room 305
50 Walnut Street
Newark, NJ  07101

Re:   *ATI-AIR Technology, Inc. vs. Sunset Marina, Sunset Marina, LLC d/b/a/ Sunset Marina, Sunset Marina Apartments, LLC, Sunset Marina Apartments LLC d/b/a Sunset Marina, Robert Pabian, Robert Pabian d/b/a Sunset Marina, Frank O' Connor and Frank O'Connor d/b/a Sunset Marina, et al.*
*Civil Action No.: 2:18-cv-10211-SRC-CLW*

Dear Judge Chesler:

   Enclosed please find a stipulation extending the Defendants' time to answer or move with respect to Plaintiff's Complaint to June 30, 2018.  If the Stipulation is acceptable to the Court, we respectfully request the Court "so-order" it and enter it as an order of the Court.  Thank you for your consideration of this matter.

                             Respectfully,

                             *Cory M. Gray*
                             Cory Mitchell Gray

CMG:dt
Encls.
cc:   Magistrate Judge Cathy L. Waldor
       Steven A. Lang, Esq.

GREENBERG TRAURIG, LLP ▪ ATTORNEYS AT LAW ▪ WWW.GTLAW.COM
500 Campus Drive ▪ Suite 400 ▪ Florham Park, NJ 07932 ▪ Tel 973.360.7900 ▪ Fax 973.301.8410